IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE DANIELS,           ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                        ) | 2:15cv14-MHT |
|                               ) | (WO) |
| D.O.C., et al.,               ) | |
|                               ) | |
|     Defendants.               ) | |

**JUDGMENT**

This case is before the court on the recommendation of the United States Magistrate Judge that certain claims and parties be dismissed. No objections have been filed. Upon an independent and de novo review of the record, it is ORDER, JUDGMENT, and DECREE of the court as follows:

1. The recommendation of the United States Magistrate Judge (doc. no. 11) is adopted.

2. Plaintiff Robert Lee Daniels's claim against defendant D.O.C. (Alabama Department of Corrections) is dismissed with prejudice pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. Plaintiff Daniels's claims against defendants Kim Tobias Thomas and Louis Boyd are dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

4. Defendants Thomas, Boyd, and D.O.C. (Alabama Department of Corrections) are dismissed and terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 26th day of May, 2015.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE